IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mike Gravel, | Case No. 3:08 CV 487 |
| Plaintiff, | <u>JUDGMENT ENTRY</u> |
| -vs- | JUDGE JACK ZOUHARY |
| American Leadership Project, | |
| Defendant. | |

The Motion for Temporary Restraining Order (Doc. No. 3) is denied and the Complaint (Doc. No. 2) is dismissed without prejudice.

IT IS SO ORDERED.

               <u>s/ *Jack Zouhary*</u>
               JACK ZOUHARY
               U. S. DISTRICT JUDGE

               February 29, 2008